■

## COM.

### v.

### WHITING, R.

### 1568 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–CR–0009287–2009 (Philadelphia)

Affirmed

■

### IN the INTEREST OF: S.E.C–B, a Minor

### 2051 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000453–2016, (Philadelphia)

Affirmed/Vacated/Remanded

■

### IN the INTEREST OF: S.M.C–B, a Minor

### 2053 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000455–2016 (Philadelphia)

Affirmed/Vacated/Remanded

■

### IN the INTEREST OF: S.D.C., a Minor

### 2054 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000456–2016 (Philadelphia)

Affirmed/Vacated/Remanded

■

## COM.

### v.

### CABRERA, H.

### 2506 EDA 2016

Superior Court of Pennsylvania.

06/30/2017

CP–15–CR–0002140–2015 (Chester)

Affirmed

■

## COM.

### v.

### ODOM, D.

### 3200 EDA 2016

Superior Court of Pennsylvania.

6/30/2017

CP–23–CR–0004064–2016 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**POLLOCK, M.**

**3203 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–09–CR–0001386–2010 (Bucks)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**ODOM, D.**

**3229 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–23–CR–0003548–2016 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**ODOM, D.**

**3231 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–23–CR–0003532–2016 (Delaware)

Affirmed—Application to Withdraw as Counsel Granted

**IN the INTEREST OF: L.C.L., a Minor**

**3556 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

CP–51–AP–0000424–2016 (Philadelphia)

Affirmed

**W.J.H.**

v.

**D.H.**

**3883 EDA 2016**

Superior Court of Pennsylvania.

06/30/2017

2007–12894 (Delaware)

Affirmed

